IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
Eastern Division

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| **KORI ELIZABETH THOMPSON** | ) | | |
| Debtor. | ) | **Case No. 19-42210-399** | |
| | ) | | |
| **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** | ) | **Chapter 7** | |
| | ) | | |
| Movant, | ) | | |
| | ) | | |
| v. | ) | **DOCKET NO. _____** | |
| | ) | | |
| **KORI ELIZABETH THOMPSON** | ) | | |
| Respondent. | ) | | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY
AND MEMORANDUM IN SUPPORT THEREOF**

   **COMES NOW,** Nationstar Mortgage LLC d/b/a Mr. Cooper and its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Movant") by and through its attorneys, Melinda J. Maune, Amy Tucker Ryan and the law firm of Martin Leigh PC, in support of Movant's Motion for Relief from Automatic Stay states as follows:

   1.   On or about April 6, 2006, Kori Thompson ("Debtor") and Travis E Thompson executed and delivered to Chase Bank USA, N.A. a Note ("Note") in the original principal amount of $130,050.00. A true and correct copy of the Note and Loan Modification are attached hereto as Exhibit "A" and incorporated herein by this reference.

   2.   The Note is secured by a Deed of Trust dated April 6, 2006, recorded on April 14, 2006, in Book 04142006, Page 0249. The Deed of Trust was executed and delivered by Debtor and Travis E Thompson to Chase Bank USA, N.A., securing the following property:

   THE EASTERN 40 FEET OF LOT 23 OF CRAWFORD PLACE AND IN BLOCK 4761-A
   OF THE CITY OF ST. LOUIS, HAVING A FRONT OF 40 FEET ON THE NORTH LINE
   OF ARTHUR BY A DEPTH NORTHWARDLY OF 155 FEET 6 INCHES TO AN ALLEY.

   The above-described property is also known as 5621 Arthur Ave, Saint Louis, Missouri 63139-0000 ("Property"). A true and correct copy of the Deed of Trust is attached hereto as Exhibit "B" and incorporated herein by this reference.

1

3. Movant is the owner and holder of the Note and Deed of Trust. True and correct copies of the Assignments of Deed of Trust are attached hereto as Exhibit "C" and incorporated herein by this reference. Movant asserts it has the right to foreclose should stay relief be obtained.

4. Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on April 10, 2019.

5. Debtor has failed to make monthly payments to Movant for the months of October 2018 through April 2019, causing a post-petition payment arrearage in the amount of $7,754.16. Said amount is comprised of:

1. 7 regular monthly payments (10/2018-4/2019)@ $981.88 each        $6,873.16
2. Movant's recoverable Attorney Fees ($700.00) and Costs ($181.00)    $881.00

6. The principal balance of this Note is $136,051.69.

7. Debtor has not offered Movant adequate protection for the payment of indebtedness described herein, 11 U.S.C. § 362 (d)(2).

8. Upon information and belief, Debtor has little or no equity in the Property for the benefit of the bankruptcy estate and said Property is not necessary for an effective reorganization. 11 U.S.C. §362(d)(2)(A) and §362(d)(2)(B).

9. To the extent the Trustee intends to the sell the Property, Movant requests that Movant be provided adequate protection of its interest in the Property.

10. Movant requests that any order modifying the stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3).

**WHEREFORE**, for the foregoing reasons, Movant prays that this Court enter an Order granting relief from the automatic stay to enable Movant to exercise any and all rights provided under non-bankruptcy law and as set forth in the Note and Deed of Trust granting it an interest in said property, including but not limited to foreclosure of the Property, to pursue a short sale, deed in lieu of foreclosure or other foreclosure alternatives, to exercise its rights under state law to obtain possession of the property, that upon entry of an Order Granting Relief from Stay the collateral is deemed to be abandoned by the Chapter 7 Trustee as an asset of the bankruptcy estate, that any order modifying the stay be effective immediately as allowed under Fed. Rule Bankr. P. 4001(a)(3), and for such other and further relief as is just and appropriate under the circumstances.

2

        Respectfully submitted,

        MARTIN LEIGH P.C.

        /s/Melinda J. Maune
        Melinda J. Maune, #49797MO, mjm@martinleigh.com
        Amy Tucker Ryan, #49047MO, atr@martinleigh.com
        2405 Grand Blvd., Ste 410
        Kansas City, MO 64108
        Telephone:(816) 221-1430
        Fax:(816) 221-1044
        ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was filed electronically on the 30th day of April, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on the 30th day of April, 2019:

Kori Elizabeth Thompson
343 Autumn Creek Drive, Apt. A
Valley Park, MO 63088

        /s/ Melinda J. Maune
        Melinda J. Maune, Attorney for Creditor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
Eastern Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **KORI ELIZABETH THOMPSON** | ) | |
| Debtor. | ) | Case No. 19-42210-399 |
| | ) | |
| **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** | ) | Chapter 7 |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | DOCKET NO. _____ |
| | ) | |
| **KORI ELIZABETH THOMPSON** | ) | |
| Respondent. | ) | |

**SUMMARY OF EXHIBITS**

Pursuant to L.R. 9040-1, the following exhibits are referenced in support of Movant's Motion for Relief. Copies of these exhibits will be provided as required by Local Rules and are available upon request:

    A. Note & Loan Modification

    B. Deed of Trust

    C. Assignments of Deed of Trust

Respectfully submitted,

MARTIN LEIGH P.C.

/s/Melinda J. Maune
Melinda J. Maune, #49797MO, mjm@martinleigh.com
Amy Tucker Ryan, #49047MO, atr@martinleigh.com
2405 Grand Blvd., Ste 410
Kansas City, MO 64108
Telephone:(816) 221-1430
Fax:(816) 221-1044
ATTORNEYS FOR MOVANT

4

# **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on the 30th day of April, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

      I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on the 30th day of April, 2019:

Kori Elizabeth Thompson
343 Autumn Creek Drive, Apt. A
Valley Park, MO 63088

                              /s/ Melinda J. Maune
                              Melinda J. Maune, Attorney for Creditor